ORIGINAL

FILED
NOV 21 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**M. RAINA ASSOCIATES, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**No.** 05-1222C

## COMPLAINT

COMES NOW the Plaintiff, M. Raina Associates, Inc. ("Raina"), by and through its undersigned counsel, for its Complaint against The United States of America, acting by and through the U.S. General Services Administration, and states as follows:

## JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1491. Raina brings this action pursuant to the Contract Disputes Act of 1978, 41 U.S.C. § 601, *et seq*.

## PARTIES

2. Plaintiff, M. Raina Associates, Inc., is a Virginia corporation with its principal place of business located in the Commonwealth of Virginia. Raina is in the construction contracting business and is a qualified federal government contractor.

3. The Defendant is the United States of America acting through its agency, bureau, instrumentality, and/or agent, the United States General Services Administration ("GSA").

Law Offices
Leonard A. Sacks & Associates, P.C.
One Church Street
Suite 303
Rockville, Maryland 20850

Tel: (301) 738-2470
Fax: (301) 738-3705

4. The GSA issued solicitation number GS11PO2ZGC0002 for the OHROS fit-out at the Ariel Rios Federal Building located at 12th Street and Pennsylvania Avenue, N.W., Washington, D.C. ("Project").

5. The plans and specifications were prepared by the GSA or by its authorized representative.

6. Raina was awarded the contract, GS11PO2ZGC0002, in the amount of One Million Six-Hundred Sixty Thousand Sixty-One Dollars ($1,660,061.00) ("Contract") and was issued a notice to proceed dated January 2, 2002.

7. The performance period was one hundred eighty (180) calendar days from notice to proceed.

8. Generally, the scope of work included modernization of approximately 15,000 square feet of the basement of the Ariel Rios Building, including demolition, floor leveling, new electrical and mechanical systems, modifications to the fire alarm and security systems, additions to the sprinkler system, new walls, ceilings, finishes and some tenant fit-out of approximately 5,000 square feet on the first floor where space will be modified.

9. At the request and direction of the GSA, Raina removed carpet tiles from the first floor that were not shown to be removed. GSA issued C.E. Number 6 to remove the tile. The GSA then directed Raina to install new carpet tile, which was done. Raina then submitted a claim in the amount of Thirty-Thousand Eight Hundred Three Dollars and Twenty-Two Cents ($30,803.22). Raina submitted this claim for an equitable adjustment which the GSA has failed and refused to pay.

10. The specifications provided for a designated storm window. The designated storm window was no longer manufactured as an off-the-shelf item. Raina submitted an "or equal" pursuant to the Material and Workmanship clause in the Contract. The GSA wrongfully rejected the

Law Offices
Leonard A. Sacks &
Associates, P.C.
One Church Street
Suite 303
Rockville, Maryland 20850

Tel: (301) 738-2470
Fax: (301) 738-3705

"or equal" product. Raina requested the names of three acceptable manufacturers, but GSA failed and refused to provide this information and directed Raina to Peerless Products, Inc., for a proprietary product. Raina supplied the Peerless storm windows at an additional cost of Twenty-Eight Thousand Nine-Hundred Forty-Nine Dollars and Eighty-Six Cents ($28,949.86) for which Raina submitted as a claim for equitable adjustment. The GSA failed and refused to pay.

11. The specifications and drawings required the supply and installation of fan coil units and condenser to be installed and connected to an existing panel. When the work was installed, it was determined that the existing panel would not handle the additional load and an additional panel was installed to allow the units to work properly. The added costs for the work were submitted for an equitable adjustment in the amount of Forty-Two Thousand Eight-Hundred Two Dollars and Sixty-Six Cents ($42,802.66), which GSA has failed and refused to pay.

12. Raina submitted a claim in the amount of Two-Hundred Six Thousand Eight-Hundred Six Dollars and Thirty-Eight Cents ($206,806.38) because the specifications indicated to the bidders that the area to be renovated was 15,000 square feet. The area to be renovated, in fact, consisted of 30 percent more square footage. GSA acknowledged this design defect and issued a unilateral modification in the amount of One-Hundred Thirty-Five Thousand Dollars ($135,000.00). Raina maintains that it is entitled to its claimed amount, or an additional Seventy-One Thousand Eight-Hundred Six Dollars and Thirty-Eight Cents ($71,806.38) for which GSA has failed and refused to compensate Raina.

Law Offices
LEONARD A. SACKS & ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850
TEL: (301) 738-2470
FAX: (301) 738-3705

13. By letter dated August 10, 2004, Raina certified its claim and requested a Contracting Officer's Final Decision.

14. GSA issued a Final Decision dated October 16, 2004 and afterward, withdrew it.

15. At the status conference before this Court, GSA represented that it would issue Final Decisions within 20 calendar days of the hearing so that the matter could be consolidated with the instant pending action, Case No. 04-1601 C.

16. No Final Decision has been issued and, therefore, this Complaint is being filed as though Raina's claim was denied.

17. All conditions precedent to the filing of the instant action have been satisfied.

WHEREFORE, M. Raina Associates, Inc. requests judgment against the United States of America in the amount of One Hundred Seventy-Four Thousand Three Hundred Sixty-Two Dollars and Twelve Cents ($174,362.12) plus attorney fees, pursuant to the Equal Access to Justice Act, interest, and for such other relief as the Court deems appropriate.

Respectfully submitted by,

Leonard A. Sacks, Esq.
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470
(301) 738-3705 fax
lsacks@laspc.net

Dated: November 15, 2005

*Counsel for M. Raina Associates, Inc.*

Law Offices
LEONARD A. SACKS & ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850
TEL: (301) 738-2470
FAX: (301) 738-3705