# In The United States Court of Federal Claims

Cover Sheet **05-1222C**

Plaintiff(s) or Petitioner(s)

M. Raina Associates, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Leonard A. Sacks, Esq., FBN 04257

Firm Name: Leonard A. Sacks & Associates, P.C.

Post Office Box:

Street Address: One Church Street, Suite 303

City-State-Zip: Rockville, Maryland 20850

Telephone & Facsimile Numbers: (301) 738-2470 / (301) 738-3705

E-mail address: lsacks@laspc.net

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: G S A

**See attached Sheet for three digit code.**

Amount Claimed: $ 174,362.12

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003