# In the United States Court of Federal Claims

**No. 05-1222C**
**Filed: (November 30, 2005)**

* * * * * * * * * * * * * *
M. RAINA ASSOCIATES, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
* * * * * * * * * * * * * *

**ORDER OF REASSIGNMENT**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, which permits reassignment of a case if necessary for the efficient administration of justice, this case is transferred to Judge John P. Wiese with his consent.

**IT IS SO ORDERED**.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge